IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01198-GPG

BOB ALLEN CUSTARD,

    Applicant,

v.

JOHN OLIVER, Warden ADX Florence Colorado Supermax,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's "Motion for Court Order Allowing App. to Reply to Respondent's Supplemental Preliminary Response" (ECF No. 22) is GRANTED.

    The Supplemental Preliminary Response (ECF No. 21) was filed on November 12, 2015.  Applicant may file a Reply to the Supplemental Preliminary Response **within 14 days of the date of this Minute Order.**

Dated:   November 19, 2015